Vartkes **BARSAM**, George Chamchikian, Elkay Investments, et al., Plaintiffs,

v.

**PURE TECH INTERNATIONAL, INC., et al., Defendants.**

**No. 93 Civ. 3387 (MBM).**

United States District Court, S.D. New York.

Oct. 20, 1995.

Richard S. Missan, New York City, for Vartkes Barsam, George Chamchikian, Elkay Investments, Cornell J. Lazar, Burton Saltzman, Soonja Sue Enterprises, John J. Parven, Rita Parven, Parkra Investments, Inc., John N. Parven.

Solomon J. Jaskiel, Law Offices of Solomon J. Jaskiel, New York City, for American Stock Transfer & Trust Company.

## ORDER

MUKASEY, District Judge.

This Court's October 14, 1994 opinion and order, 864 F.Supp. 1440, in the above-captioned case is vacated in aid of settlement.

SO ORDERED.